UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re GARCIA.

Case No. 24-cv-01635-HSG

**ORDER OF DISMISSAL**

On March 15, 2024, the Court docketed a handwritten pleading in which Plaintiff sought action from the Court. Dkt. No. 1. The Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, informing Plaintiff that the action was deficient because he did not submit the proper case-initiating forms – (1) a civil rights complaint on the civil rights complaint by prisoner form and (2) either the filing fee or an application to proceed *in forma pauperis*. Dkt. Nos. 2, 3. The Court sent Plaintiff a blank form civil rights complaint by prisoner form and a blank *in forma pauperis* application form. *Id.* The Court informed Plaintiff that, by April 15, 2024, he must submit a signed and completed complaint on the proper form and either pay the filing fee or submit a signed and completed *in forma pauperis* application, or this action would be dismissed without prejudice. *Id*.

The deadline to correct the above deficiencies has passed, and Plaintiff has not filed the required documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED for failure to submit a signed and completed complaint on the proper form, and to file a correct *in forma pauperis* application or pay the filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by both (1) a signed and completed complaint on the proper form; and (2) either the

1   filing fee or a correct application to proceed *in forma pauperis*.

2   The Clerk shall enter judgment against Plaintiff, and close the case.

3   **IT IS SO ORDERED.**

4   Dated: 5/6/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

2