UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GARCIA, . | Case No. 24-cv-01635-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice. The Clerk shall enter judgment against Plaintiff and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/6/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge